No. 74–950. BARRETT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–1014. MEISTER ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 74–1050. LICHTIG ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–1051. VON LEWINSKI v. PEPITONE, ACTING DIRECTOR, SELECTIVE SERVICE SYSTEM, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 74–1056. DROBACK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–1066. CIRAMI ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–1082. IN RE GROSSGOLD. Sup. Ct. Ill. Certiorari denied.

No. 74–1127. FUJITA v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 74–1134. PAVLICKA v. NEW YORK UNIVERSITY MEDICAL CENTER. C. A. 2d Cir. Certiorari denied.

No. 74–1150. SIDOR v. SELLMAN. Super. Ct. N. J. Certiorari denied.

No. 74–1157. IN RE BERLANT. Sup. Ct. Pa. Certiorari denied.